FILED

10/25/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0525

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 24-0525

_____

MARLENE STALOWY,

     Plaintiff and Appellant,

  v.

                                              O R D E R

MISSOULA MANOR HOME, and
JOHN DOE I,

     Defendants and Appellees.

_____

Through counsel, Appellant Marlene Stalowy moves this Court for an extension of time to file the opening brief because the parties are planning to mediate. Stalowy requests an additional forty-five days to submit the opening brief following the date of mandatory mediation. Counsel for Appellees Missoula Manor Home and John Doe 1 do not object.

Therefore, upon review of the motions and good cause shown,

IT IS ORDERED that Appellant's Motion to Extend Time to file the opening brief is GRANTED.

The Clerk is directed to provide a copy to all counsel of record.

Electronically signed and dated below.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 25 2024